UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LILREGINALD JANARIO DUNNIGAN                                           PETITIONER

V.                                         CIVIL ACTION NO. 3:23-CV-419-KHJ-BWR

JUDGE JOHN DOE                                                          RESPONDENT

FINAL JUDGMENT

For the reasons stated in the Court's Order entered today, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Respondent. Dunnigan's claims are dismissed without prejudice. This case is closed.

SO ORDERED, this 24th day of October, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE